

# Emerson Poynter LLP
Attorneys at Law

**Little Rock**
Houston

William Crowder
Phone: 501.907.2555
Fax: 501.907.2556
wcrowder@emersonpoynter.com

November 4, 2014

**VIA ECF**

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *Brautigam v. Rubin*, Case Number: 14-3885, On Appeal from the Southern District of New York**

To Whom It May Concern:

We are the attorneys for plaintiff-appellant Michael G. Brautigam in the above-styled matter. Pursuant to the Second Circuit's Local Rules, we advise the Court that we will submit our brief/joint appendix on or before January 20, 2015, which is within 91 days of the filing of Forms C and D.

If you have questions or concerns, please do not hesitate to call our office.

Sincerely yours,

/s/ William T. Crowder
William T. Crowder
EMERSON POYNTER LLP